UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

| | | |
|---|---|---|
| Is this the first application for extension of time in this case? | | Yes |
| | | No |
| If no, please indicate which application this represents: | | Second |
| | | Third |
| | | Other _____ |

Date of Service of Summons:

| Number of days requested: | 30 days |
|---|---|
| | 15 days |
| | Other \_\_\_\_\_ days |

<span style="color:red">New Deadline Date:</span>     <span style="color:red">*(Required)*</span>

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:

State Bar No.:

Firm Name:

Address:



Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.